```
          IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                 SOUTHERN DIVISION
                NO.  7:13-CV-148-FL
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $2,433.66 IN U. S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

---

## DEFAULT

---

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 11th day of _March_, 2014.

_Julie A. Richards_
JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina